# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

21-1115

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN P. HICKINGBOTTOM | Magistrate Case No. 9278002 (Class A)<br><br><br>COMPLAINT<br>Offense on a Federal Reservation |

BEFORE the **Honorable Anthony R. Mautone**, a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Sarah E. Luciano, Esq.**, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **3rd day of April 2021**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**BRIAN P. HICKINGBOTTOM** did commit:

Assault within Maritime and Territorial Jurisdiction in violation of 18 USC 113.

The name of the Complainant is **Sarah E. Luciano, Esq.**

_____
SARAH E. LUCIANO, Esq.
**Special Assistant United States Attorney**

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 6TH DAY MAY 2021.

_____
HONORABLE ANTHONY R. MAUTONE
**United States Magistrate Judge**