UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 21-1115 |
| v. | : | CRIMINAL ACTION |
| Brian Hickingbottom | : | ORDER OF RELEASE |

The Court orders the defendant, **Brian Hickingbottom**, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: Mental health testing and/or treatment, as deemed necessary.

/s/ Brian Hickingbottom
DEFENDANT

5/6/21
DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

5/6/21
DATE